United States Court of Appeals
 for the district of columbia circuit

No. 97-1715 September Term, 2000

Transmission Access Policy Study Group, et al., Filed On: November 14, 2000
 Petitioners
 v.
Federal Energy Regulatory Commission,
 Respondent

Vermont Department of Public Service, et al.,
 Intervenors

and consolidated cases

 
 Petitions for Review of Orders of the
 Federal Energy Regulatory Commission
 
 
 
 Before: Sentelle, Randolph, and Tatel, Circuit Judges.

 ORDER

 It is ORDERED by the Court that the opinion filed herein on June 30, 2000, be, and it
hereby is, amended as follows:

 On page 25, line 3, of the slip opinion, delete the word "FERC" and insert in lieu thereof
the word "Congress."

 On page 47, last paragraph, delete the following: "Because FERC-jurisdictional utilities
are no longer subject to sections 211 and 212, this argument relates only to those situations in
which FERC orders nonjurisdictional transmitting utilities to wheel under section 211 and these
utilities then seek to recover stranded costs in their transmission rates. See 18 C.F.R. 
35.26(c)(1)(vi)-(vii)."

 Per curiam
 For the Court:
 Mark J. Langer, Clerk
 
 By:
 Deputy Clerk